UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JIMMIE R. BAILEY, JR., <br>     Plaintiff, <br><br> v. <br><br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br>     Defendant. | **JUDGMENT** <br><br> No. 4:17-CV-32-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 20, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. This matter is dismissed.

**This Judgment Filed and Entered on March 20, 2018 and Copies To:**

Kristin G. Oakley (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)


March 20, 2018                                PETER A. MOORE, JR. CLERK
                                                               /s/ Sandra K. Collins
                                                               (By) Sandra K. Collins, Deputy Clerk